UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br>DEANDRE NIKITA BROWN,<br><br>　　　　　　Defendant. | Case No. 2:17-cr-00035-KJD-GWF<br><br>**ORDER** |

  This matter is before the Court on Defendant's Motion to Dismiss Counsel and Appoint New Counsel (ECF No. 35), filed July 12, 2018. A hearing for which was held on July 19, 2018 at which time counsel was instructed to visit the Defendant and file a response to his motion no later than July 23, 2018. In lieu of filing a response, Defendant's counsel, Mr. Thomas Pitaro, Esq. filed a Motion to Withdraw as Counsel of Record (ECF No. 38) on July 23, 2018. Upon review and consideration and with good cause appearing therefor, the Court will grant Defendant's motion and new counsel shall be appointed to represent Defendant in all cases pending before the Court. Accordingly,

  **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Counsel and Appoint New Counsel (ECF No. 35) is **granted**. Defendant's counsel, Mr. Thomas Pitaro, Esq.'s Motion to Withdraw as Counsel of Record (ECF No. 38) is **denied** as moot.

  **IT IS FURTHER ORDERED** that this matter is referred to the Criminal Justice Act Panel for appointment of counsel.

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that appointed counsel shall enter an appearance at an appointment hearing held on **Friday, July 27, 2018 at 9:30 a.m**.

Dated this 24th day of July, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE