UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEANDRE NAKITA BROWN,<br><br>Defendant. | Case No. 2:17-cr-00035-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on Richard A. Wright, Esq.'s Motion to Withdraw As Counsel (ECF No. 42) filed on August 3, 2018. Upon review and consideration and with good cause appearing therefor, the Court will grant Mr. Wright's motion and new counsel shall be appointed. Accordingly,

**IT IS HEREBY ORDERED** that Richard A. Wright, Esq.'s Motion to Withdraw and Appoint New Counsel (ECF No. 42) **granted**.

**IT IS FURTHER ORDERED** that this matter is referred to the Criminal Justice Act Panel for appointment of counsel.

**IT IS FURTHER ORDERED** that appointed counsel shall enter an appearance by **Wednesday, August 21, 2018**.

Dated this 7th day of August, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1