UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00035-KJD-VCF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DEANDRE NAKITA BROWN, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Preparation of A Pre Plea Presentence Report (ECF No. 55), filed September 17, 2018. Upon review and consideration, the Court finds good cause exists to grant Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Preparation of A Pre Plea Presentence Report (ECF No. 55) is **granted**.

**IT IS FURTHER ORDERED** that the Probation Department will prepare a Pre-Plea Presentence Investigation Report on Defendant Deandre Nakita Brown.

Dated this 21st day of September, 2018.

*George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1