UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DEANDRE BROWN,<br><br>　　　　　　　　　　Defendant. | Case No. 2:17-cr-00035-KJD-GWF<br><br>**ORDER** |

On September 21, 2018, the Court issued an Order granting Defendant's Motion for Preparation of a Pre-Plea Presentence Report. *See* ECF No. 58. On September 24, 2018, the Government filed its Motion for Leave to File Response in Opposition to Defendant's Motion for Pre-Plea Presentence Report. *See* ECF No. 59. In light of the Government's Opposition, the Court withdraws its Order (ECF No. 58) and will set this matter for hearing. Accordingly,

**IT IS HEREBY ORDERED** that the Court's Order (ECF No. 58) is **withdrawn**.

**IT IS FURTHER ORDERED** that the parties shall appear for a hearing on Defendant's Motion for Preparation of Pre-Plea Presentence Report (ECF No. 55) on Thursday, October 4, 2018 at 11:30 A.M. in Courtroom 3C.

**IT IS FURTHER ORDERED** that the Probation Department shall not prepare a Pre-Plea Presentence Report at this time.

Dated this 25th day of September, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE