# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DEANDRE NAKITA BROWN,<br><br>Defendant | Case No.: 2:09-cr-00032-KJD-GWF<br>2:17-cr-00035-KJD-GWF<br>2:17-cr-00160-JAD-VCF<br><br>**Order Reassigning Cases** |

The presiding district judges in the above-referenced cases have determined that these cases are related and that there is good cause to have them addressed by the same district judge. The parties in these cases have reached a global plea agreement. Coordinating the cases will promote judicial efficiency, avoid duplication, and not result in prejudice to the parties. The parties have agreed to the transfer, as stated on the record in 2:17-00160-JAD-VCF at the plea hearing on November 14, 2018.

Accordingly, **IT IS HEREBY ORDERED that case no. 2:09-cr-00032-KJD-GWF and case no. 2:17-cr-00035-KJD-GWF be reassigned to District Judge Jennifer A. Dorsey for all further proceedings and will bear case no. 2:09-cr-00032-JAD-GWF and case no. 2:17-cr-00035-JAD-GWF.**

DATED: November 14, 2018.

_____
U.S. DISTRICT JUDGE KENT J. DAWSON

_____
U.S. DISTRICT JUDGE JENNIFER A. DORSEY