Law Offices of Shawn R. Perez
**SHAWN R. PEREZ, ESQ**.
7121 West Craig Rd, #113-38
Las Vegas, NV 89129
(702) 485-3977
(702) 442-7095
shawn711@msn.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEANDRE NAKITA BROWN,<br><br>Defendant. | Case No.: 2:17-cr-00160-JAD-VCF<br>2:17-cr-00035-JAD-GWF<br>2:09-cr-00032-JAD-GWF<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between The United States of America, through Nicholas A. Trutanich, United States Attorney, and Nadia J. Ahmed and Alexandra M. Michael, Assistant United States Attorneys, and the defendant DEANDRE NAKITA BROWN, by and through his counsel, Shawn R. Perez, Esq., that good cause exists to continue the sentencing in this matter currently set for May 6, 2019, to ~~May 14, 2019~~ at 2:00 p.m.

Good cause exists to extend the time for Sentencing because counsel for the Defendant will be out of state on the 6th to attend his son's retirement ceremony from the United States Air Force. The Defendant is currently incarcerated and has no objection to the change of the date.

The additional time requested herein is not sought for purposes of delay.

///

///

1

1 | This is the second request to continue the Sentencing filed herein.
2 | DATED this 17th day of April, 2019.

| | |
|---|---|
| | Nicholas A. Trutanich,<br>United States Attorney |
| /s/ Shawn R. Perez, Esq. | /s/ Nadia J. Ahmed |
| SHAWN R. PEREZ, ESQ.<br>Counsel for Defendant<br>Deandre Nakita Brown | NADIA J. AHMED<br>Assistant United States Attorney |
| | /s/ Alexandra M. Michael |
| | ALEXANDRA MICHAEL<br>Assistant United States Attorney |

|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | DISTRICT OF NEVADA | |
| | *** | |
| UNITED STATES OF AMERICA, | | Case Nos.: 2:17-cr-00160-JAD-VCF<br>2:17-cr-00035-JAD-GWF<br>2:09-cr-00032-JAD-GWF |
| Plaintiff, | | |
| vs. | | **PROPOSED ORDER ON STIPULATION TO CONTINUE SENTENCING**<br>(Second Request) |
| DEANDRE NAKITA BROWN, | | |
| Defendant. | | |

Based on the representations by counsel and stipulation of counsel, good cause appearing therefore, the Court finds that:

1. The parties agree to the continuance.
2. The defendant is incarcerated and does not object to the continuance.
3. Good cause exists to extend the time for Sentencing because of a calendaring conflict
5. The denial of this request for continuance could result in a miscarriage of justice.
5. The additional time requested herein is not sought for purposes of delay.
6. This is the second request to continue the date set for the sentencing hearing date filed herein.

**ORDER**

IT IS THEREFORE ORDERED, that the Sentencing Hearing set for May 6, 2019, be vacated and reset to May 15, 2019 at 2:00 p.m.

DATED this 19th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE